IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01054-BNB

DARRYL EDMOND THOMPSON,

Plaintiff,

v.

MR. MURL McCULL, LPC Employee #2050, S.T.M.P. Program Manager at F.C.F.,
MR. RICHARD LINS, LPC Contract Worker #3464, S.O.T.M.P. Program QA Specialist at F.C.F., and
MR. KIRT CHAVEZ, Employee at D.R.D.C. Case Manager, Denver, Co.,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 24 2008

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

In an order filed on June 10, 2008, Magistrate Judge Boyd N. Boland granted Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action. Pursuant to § 1915(b)(1), Magistrate Judge Boland ordered Plaintiff either to pay an initial partial filing fee or to show cause why he has no assets and no means by which to pay the initial partial filing fee. Plaintiff was warned that the complaint and the action would be dismissed without further notice if he failed either to pay the initial partial filing fee or to show cause within thirty days.

Plaintiff has failed within the time allowed either to pay the initial partial filing fee or to show cause why he is unable to pay the initial partial filing fee. Plaintiff has failed to respond to Magistrate Judge Boland's June 10 order in any way. Therefore, the complaint and the action will be dismissed. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice because Plaintiff failed either to pay the initial partial filing fee or to show cause why he has no assets and no means by which to pay the initial partial filing fee.

DATED at Denver, Colorado, this 23 day of July, 2008.

BY THE COURT:

*ZITA L. WEINSHIENK, Senior Judge*
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01054-BNB

Darryl Edmond Thompson
Prisoner No. 134268
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/24/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk