IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01054-ZLW

DARRYL EDMOND THOMPSON,

Plaintiff,

v.

MR. MURL McCULL, LPC Employee #2050, S.T.M.P. Program Manager at F.C.F.,
MR. RICHARD LINS, LPC Contract Worker #3464, S.O.T.M.P. Program QA Specialist at F.C.F., and
MR. KIRT CHAVEZ, Employee at D.R.D.C. Case Manager, Denver, Co.,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 22 2008

GREGORY C. LANGHAM
                    CLERK

ORDER DENYING MOTION TO RECONSIDER

Plaintiff has filed *pro se* on August 12, 2008, a motion to reconsider the Court's Order of Dismissal and the Judgment that were filed in this action on July 24, 2008. The Court must construe the motion liberally because Plaintiff is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). *See id.* at 1243.

Plaintiff's motion to reconsider, which was filed more than ten days after the Court's Judgment was entered in this action, will be considered pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. **See Massengale v. Oklahoma Bd. of Examiners in Optometry**, 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court dismissed the instant action because Plaintiff failed either to pay the initial partial filing fee required pursuant to 28 U.S.C. § 1915(b)(1) or to show cause why he was unable to pay the initial partial filing fee. In fact, Plaintiff failed to respond in any way to the June 10, 2008, order granting him leave to proceed *in forma pauperis* and directing him either to pay an initial partial filing fee or to show cause why he was unable to pay the initial partial filing fee. Plaintiff alleges in the motion to reconsider that he mailed a letter of apology to the Court on July 26, 2008, explaining that he was sending a new money order to pay the initial partial filing fee on August 9, 2008, because the money order he sent on June 26, 2008, did not clear his account since he had no funds at that time. The Court's docketing records reveal that Plaintiff filed a letter to the Court on July 30, 2008, in which he states that he attempted to pay the initial partial filing fee on June 27, 2008, but that he lacked sufficient funds at that time to pay the initial partial filing fee.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Plaintiff fails to demonstrate the existence of any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action. Plaintiff was directed on June 10, 2008, either to pay the initial partial filing fee or to

2

show cause why he was unable to pay the initial partial filing fee. Plaintiff's lack of sufficient funds to pay the initial partial filing fee does not excuse his failure to show cause within the time allowed why he was unable to pay the initial partial filing fee. He simply chose not to respond to the June 10 order. Therefore, the motion to reconsider will be denied. However, Plaintiff is reminded that the Court dismissed the instant action without prejudice. If Plaintiff wishes to pursue his claims, he may do so by filing a new action. Accordingly, it is

ORDERED that Plaintiff's motion to reconsider filed on August 12, 2008, is denied.

DATED at Denver, Colorado, this 20 day of Aug., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01054-ZLW

Darryl Edmond Thompson
Prisoner No. 134268
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/22/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk